**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    JON CHRIST,                                        No. C 10-2534 WHA (PR)

11              Plaintiff,                               **ORDER OF TRANSFER**

12        v.

13    S. DEBERRY-THORNTON,

14              Defendant.
                                                    /
15

16        This is a civil rights case brought pro se by a state prisoner.  The action was originally

17    filed in state court, claiming the violation of state and federal law, and defendant removed the

18    action to this court pursuant to 28 U.S.C. 1441(b).

19        The acts complained of occurred at the California State Prison, Solano, in Vacaville,

20    California, which lies within the venue of the United States District Court for the Eastern

21    District of California.  Plaintiff and defendant are also located in that district.  Venue, therefore,

22    properly lies in that district and not in this one.  *See* 28 U.S.C. 1391(b).

23        This case is **TRANSFERRED** to the United States District Court for the Eastern District of

24    California.  *See* 28 U.S.C. 1406(a).

25        **IT IS SO ORDERED.**

26    Dated: June ___25___, 2010.

27                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
28

G:\PRO-SE\WHA\CR.10\CHRIST2534.TRN.wpd