IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON CHRIST,

    Plaintiff,                    No. 2:10-cv-1786 LKK KJN P

    vs.

S. DEBERRY, et al.,

    Defendants.             ORDER

_____/

        In opposition to defendant's motion for summary judgment, plaintiff relies on portions of his deposition transcript. See e.g. Dkt. No. 49 at 4-6. However, neither party has submitted a copy of the transcript, or pertinent excerpts. Due to the limitations inherent in plaintiff's incarceration, defendant is hereby directed to submit to the court, within seven (7) days after the filing date of this order, and pursuant to the procedures set forth in Local Rule 133(j), a copy of the entire transcript of plaintiff's subject deposition.

        SO ORDERED.

DATED: December 10, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chris1786.depo.trnscrpt.